IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






 NO. AP-75,113





EX PARTE DAVID WAYNE DEBLANC, Applicant









ON APPLICATION FOR A WRIT OF HABEAS CORPUS

CAUSE NO. 15,386-A IN THE 75TH DISTRICT COURT

LIBERTY COUNTY





 Per Curiam.



O P I N I O N



 In his subsequent application for a writ of habeas corpus, Applicant claimed that he
is mentally retarded. We determined that Applicant had met the requirements of Code of
Criminal Procedure Article 11.071, § 5, and we remanded to the trial court for findings of
fact and conclusions of law. The trial court found that Applicant demonstrated, by a
preponderance of the evidence, that he is mentally retarded. Ex parte Briseno, 135 S.W.3d
1 (Tex. Crim. App. 2004). The record supports the trial court's findings. Id. Accordingly,
we grant relief. We reform Applicant's sentence to life imprisonment in the Texas
Department of Criminal Justice Correctional Institutions Division.

DELIVERED: March 16, 2005

DO NOT PUBLISH